IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1835-WJM-STV

JENNIFER SCHEFFLER, an individual,

    Plaintiff,

v.

ST. MARY'S HOSPITAL AND MEDICAL CENTER, INC., a Colorado nonprofit corporation, and KARL ZANDER, individually and in his official capacity as Administrative Director of St. Mary's Hospital and Medical Center, Inc.,

    Defendants.

---

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [ECF 84] entered by the Honorable William J. Martínez on December 29, 2021 and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, St. Mary's Hospital and Medical Center, Inc., a Colorado nonprofit corporation, and Karl Zander, individually and in his official capacity as Administrative Director of St. Mary's Hospital and Medical Center, Inc., on Defendants' Motion for Summary Judgment.  It is

FURTHER ORDERED that Plaintiff's claims of gender discrimination and Title VII retaliation are **DISMISSED.** It is

FURTHER ORDERED that the Court DECLINES to continue to exercise its supplemental jurisdiction over Plaintiff's remaining state law claims, and these claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that Plaintiff's complaint and action are DISMISSED. It is

FURTHER ORDERED that each party shall bear its own costs.

DATED at Denver, Colorado this 29th day of December, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ *Robert R. Keech*
      Robert R. Keech,
      Deputy Clerk